

FILED (DROP BOX)

AUG 1 0 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY ___ WESTERN DISTRICT OF WASHINGTON ___ DEPUTY

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., | No. **20-CV-1215 RSM** |
| Plaintiffs, | **COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF** |
| v. | |
| TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10, | **[FILED UNDER SEAL]** |
| Defendants. | |

## I.   INTRODUCTION

1.      This case involves the Defendants' unlawful and expressly prohibited sale of counterfeit J.L. Childress Co., Inc. ("J.L. Childress") childcare travel accessories on Amazon.com.  Amazon and J.L. Childress jointly bring this lawsuit to permanently prevent and enjoin Defendants from causing future harm to Amazon's and J.L. Childress' customers,

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   reputations, and intellectual property, and to hold Defendants accountable for their illegal

2   actions.

3       2.      The Amazon stores offer products and services to customers in more than 100

4   countries around the globe.  Some of the products are sold directly by Amazon, while others are

5   sold by Amazon's numerous third-party selling partners.  The Amazon brand is one of the most

6   well-recognized, valuable, and trusted brands in the world.  In order to protect customers and

7   safeguard its reputation for trustworthiness, Amazon invests heavily in both time and resources

8   to prevent counterfeit goods from being sold in its stores.

9       3.      Jan Childress founded J.L. Childress more than thirty years ago after identifying

10  a need for products to assist parents like herself in meeting the demands of working full time

11  while caring for a baby.  Today, her two daughters, Kate and Sarah, co-own J.L. Childress and

12  oversee its daily operations.  J.L. Childress offers a range of parenting products and accessories

13  tailored for the unique needs of modern parents.  With a line of more than forty products

14  distributed both domestically and internationally, J.L. Childress is a worldwide leader in the

15  juvenile product industry.  Products made by J.L. Childress include travel bags for strollers and

16  car seats, portable changing pads, insulated bottle coolers, stroller organizers and accessories,

17  and nursery and first aid accessories for babies.  J.L. Childress products are sold internationally,

18  as well as in major U.S. retailers such as Amazon.com.  The J.L. Childress brand symbolizes

19  not only high-quality and multi-functional products for parenting on-the-go, but also the

20  authenticity and hard work of a real family: the Childress Family.

21      4.      J.L. Childress owns, manages, enforces, licenses, and maintains intellectual

22  property, including various trademarks.  Relevant to this Complaint, J.L. Childress owns a

23  trademark for "JL Childress," Trademark No. 5,186,356, for use in connection with childcare

24  travel accessories, among other goods (the "J.L. Childress trademark"):

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

| Mark | Registration No. (International Classes) |
|------|------------------------------------------|
| **CHILDRESS** | Reg. No. 5,186,356 (IC 018) |

A true and correct copy of the registration certificate for the J.L. Childress trademark is attached as **Exhibit A**.

5.     Every J.L. Childress product is not only marked with the brand's registered trademark logo, but also includes a personal letter from the Childress Family printed on the packaging.  This personal greeting starts with "Hi, We're the Childress Family!" and thanks every customer who buys a J.L. Childress product for their support of this family-run, women-owned and truly entrepreneurial company.  The J.L. Childress logo itself captures part of founder Jan Childress' signature, as her hand-written initials "j" and "l" curve together.  J.L. Childress is more than just a brand.  It is a mother's name and a family's legacy.

6.     From 2018 to 2020, Defendants advertised, marketed, offered, and sold counterfeit J.L. Childress products in the Amazon stores, using J.L. Childress' registered trademarks, without authorization, to deceive customers about the authenticity and origin of the products and the products' affiliation with J.L. Childress.

7.     As a result of their illegal actions, Defendants have infringed and misused J.L. Childress' intellectual property ("IP"), willfully deceived and harmed Amazon, J.L. Childress, and their customers, compromised the integrity of Amazon's stores, and undermined the trust that customers place in Amazon and J.L. Childress.  Defendants' illegal actions have caused Amazon and J.L. Childress to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from inflicting future harm to Amazon, J.L. Childress, and their customers.

## II.     PARTIES

8.     Amazon.com, Inc. is a Delaware corporation with its principal place of business in Seattle, Washington.  Through its subsidiaries, Amazon.com, Inc. owns and operates the

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   Amazon.com website, counterpart international websites, and Amazon stores (collectively,

2   "Amazon").

3        9.     J.L. Childress is a California corporation with its principal place of business in

4   Orange, California.

5        10.    Defendants are a collection of individuals, both known and unknown, that

6   conspired and operated in concert with each other to engage in the counterfeiting scheme

7   alleged in this Complaint.

8        11.    On information and belief, Defendant Tang Zhi ("Tang"), d/b/a Kelvee, is an

9   individual who resides in China who personally participated in and/or had the right and ability

10  to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a

11  direct financial benefit from that wrongful conduct.

12       12.    On information and belief, Defendant Jielong Zheng ("J. Zheng"), d/b/a Kelvee,

13  is an individual who resides in China who personally participated in and/or had the right and

14  ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and

15  derived a direct financial benefit from that wrongful conduct.

16       13.    On information and belief, Defendant Zheng Song Jiang ("J.S. Zheng"), d/b/a

17  Mibim, is an individual who resides in China who personally participated in and/or had the

18  right and ability to supervise, direct, and control the wrongful conduct alleged in this

19  Complaint, and derived a direct financial benefit from that wrongful conduct.

20       14.    On information and belief, Defendant Pan Yong Jie ("Pan"), d/b/a Haioumo, is

21  an individual who resides in China who personally participated in and/or had the right and

22  ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and

23  derived a direct financial benefit from that wrongful conduct.

24       15.    On information and belief, Defendant Zhao Yinhang ("Zhao"), d/b/a Baby

25  Artifact, is an individual who resides in China who personally participated in and/or had the

26  right and ability to supervise, direct, and control the wrongful conduct alleged in this

27  Complaint, and derived a direct financial benefit from that wrongful conduct.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 4

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

16.     On information and belief, Defendant Zhang Qi ("Q. Zhang"), d/b/a Baby Artifact, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

17.     On information and belief, Defendant Li Shuang Yin ("Li"), d/b/a Baby Artifact, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

18.     On information and belief, Defendant Suuan Yuadn ("Suuan"), d/b/a Baby Artifact, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

19.     On information and belief, Defendant Chen Guangzhao ("Chen"), d/b/a Ceciltga, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

20.     On information and belief, Defendant Carolyn Meyer ("Meyer"), d/b/a Ceciltga, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

21.     On information and belief, Defendant Zhang Jin Yong ("Y.J. Zhang"), d/b/a Spenceria, is an individual who resides in China who personally participated in and/or had the right and ability to supervise, direct, and control the wrongful conduct alleged in this Complaint, and derived a direct financial benefit from that wrongful conduct.

22.     On information and belief, Defendants Does 1-10 (the "Doe Defendants") are individuals and entities working in active concert with each other and the named Defendants to

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    knowingly and willfully manufacture, import, advertise, market, offer, and sell counterfeit J.L.

2    Childress products.  The identities of Does 1-10 are presently unknown to Plaintiffs.

3                          **III.    JURISDICTION AND VENUE**

4           23.    The Court has subject matter jurisdiction over Amazon and J.L. Childress'

5    Lanham Act claims for 1) trademark infringement; and 2) false designation and false

6    advertising pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a).  The Court has

7    subject matter jurisdiction over Amazon and J.L. Childress' claim for violation of the

8    Washington Consumer Protection Act pursuant to 28 U.S.C. §§ 1332 and 1367.

9           24.    The Court has personal jurisdiction over all Defendants because they transacted

10   business and committed tortious acts within and directed to the State of Washington, and

11   Amazon's and J.L. Childress' claims arise from those activities.  Defendants affirmatively

12   undertook to do business with Amazon, a corporation with its principal place of business in

13   Washington, and sold through its stores products bearing counterfeit versions of the J.L.

14   Childress trademark and which otherwise infringed J.L. Childress' IP.  Defendants shipped

15   products bearing counterfeit versions of the J.L. Childress trademark to consumers in

16   Washington.  Each of the Defendants committed, or facilitated the commission of, tortious acts

17   in Washington and has wrongfully caused Amazon and J.L. Childress substantial injury in

18   Washington.

19          25.    Further, the named Defendants have consented to the jurisdiction of this Court

20   by agreeing to the Amazon Services Business Solutions Agreement ("BSA"), which provides

21   that the "Governing Courts" for claims to enjoin infringement or misuse of intellectual property

22   rights are state or federal courts located in King County, Washington.

23          26.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) because a

24   substantial part of the events giving rise to the claims occurred in the Western District of

25   Washington.

26          27.    Venue is proper in this Court also with respect to Defendants by virtue of the

27   allegations stated in paragraph 24 above, which are incorporated herein.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 6

28.     Pursuant to Local Civil Rule 3(d), intra-district assignment to the Seattle Division is proper because the claims arose in this Division, where (a) Amazon resides, (b) injuries giving rise to suit occurred, and (c) Defendants directed their unlawful conduct.

## IV.     FACTS

### A.     Amazon's Efforts to Prevent the Sale of Counterfeit Goods

29.     Amazon works hard to build and protect the reputation of its stores as places where customers can conveniently select from a wide array of authentic goods and services at competitive prices.  Amazon invests a vast amount of resources to ensure that when customers make purchases through Amazon's stores—either directly from Amazon or from one of its millions of third-party sellers—customers receive authentic products made by the true manufacturer of those products.

30.     A small number of bad actors seeks to take advantage of the trust customers place in Amazon by attempting to create Amazon Selling Accounts to advertise, market, offer, and sell counterfeit products.  These bad actors seek to misuse and infringe the trademarks and other IP of the true manufacturers of those products to deceive Amazon and its customers.  This unlawful and expressly prohibited conduct undermines the trust that customers, sellers, and manufacturers place in Amazon, and tarnishes Amazon's brand and reputation, thereby causing irreparable harm.

31.     Amazon prohibits the sale of inauthentic and fraudulent products and is constantly innovating on behalf of customers and working with brands, manufacturers, rights owners, and others to improve the detection and prevention of counterfeit products ever being offered to customers through Amazon's stores.  Amazon employs dedicated teams of software engineers, research scientists, program managers, and investigators to prevent counterfeits from being offered in Amazon's stores.  Amazon's systems automatically and continuously scan thousands of data points to detect and remove counterfeits from its stores and to terminate the Selling Accounts of bad actors before they can offer counterfeit products.  Each week Amazon monitors more than 45 million pieces of feedback it receives from customers, rights owners,

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 7

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    regulators, and selling partners.  When Amazon identifies issues based on this feedback, it

2    takes action to address them.  Amazon uses this intelligence also to improve its proactive

3    prevention controls.

4        32.    In 2017, Amazon launched the Amazon Brand Registry, a free service to any

5    rights owner with a government-registered trademark, regardless of the brand's relationship

6    with Amazon.  Brand Registry delivers automated brand protections that use machine learning

7    to predict infringement and proactively protect brands' IP.  Brand Registry also provides a

8    powerful Report a Violation Tool that allows brands to search for and accurately report

9    potentially infringing products using state-of-the-art image search technology.  More than

10   350,000 brands, including J.L. Childress, are enrolled in Brand Registry, and those brands are

11   finding and reporting 99% fewer suspected infringements since joining Brand Registry.

12       33.    In 2018, Amazon launched Transparency, a product serialization service that

13   effectively eliminates counterfeits for enrolled products.  Brands enrolled in Transparency can

14   apply a unique 2D code to every unit they manufacture, which allows Amazon, other retailers,

15   law enforcement, and customers to determine the authenticity of any Transparency-enabled

16   product, regardless of where the product was purchased.  Since Transparency's launch in 2018,

17   over 7,500 brands have enrolled, protecting brands and customers from counterfeits being sold

18   in the Amazon stores.

19       34.    In 2019, Amazon launched Amazon Project Zero, a program to empower brands

20   to help Amazon drive counterfeits to zero.  Amazon Project Zero introduced a novel self-

21   service counterfeit removal tool that enables brands to remove counterfeit listings directly from

22   Amazon stores.  This enables brands to take down counterfeit product offerings on their own

23   within minutes.  Since the program launched in 2019, over 9,000 brands have enrolled.

24       35.    In addition to these measures, Amazon actively cooperates with rights owners

25   and law enforcement to identify and prosecute bad actors suspected of engaging in illegal

26   activity.  Lawsuits, like this one, are integral components of Amazon's efforts to combat

27   counterfeits.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 8

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

**B.     J.L. Childress and Its Anti-Counterfeiting Efforts**

36.     J.L. Childress goes to great lengths to protect consumers from counterfeits of its products, and is committed to leading efforts to combat counterfeit products. J.L. Childress utilizes both internal and external resources to combat counterfeits, piracy and distribution abuse online. This includes trained internal staff who consistently monitor online retailer sites around the world for IP infringements and counterfeit sellers. J.L. Childress also works with a third-party brand protection service vendor on the detection and removal of product listings violating J.L. Childress' intellectual property rights. Protecting the J.L. Childress trademark is more than just a business function, it is safeguarding the exploitation of a mother's name and a family's legacy.

37.     J.L. Childress is currently enrolled in Amazon Brand Registry and Project Zero, and is also a participant in the Amazon Transparency program. J.L. Childress began actively using the tools and protections provided by these programs after and in response to the counterfeiting activity described in this Complaint.

**C.     Defendants Created Amazon Selling Accounts and Agreed Not to Sell Counterfeit Goods**

38.     Defendants controlled and operated the six Amazon Selling Accounts detailed in section D below through which they sought to advertise, market, sell, and distribute counterfeit J.L. Childress products. In connection with these Selling Accounts, Defendants provided names, email addresses, and banking information for each account.

39.     To become a third-party seller in Amazon's stores, sellers are required to agree to the BSA, which governs the applicant's access to and use of Amazon's services and states Amazon's rules for selling through the website. By entering into the BSA, each seller represents and warrants that it "will comply with all applicable laws in [the] performance of [its] obligations and exercise of [its] rights" under the BSA. A true and correct copy of the applicable version of the BSA, namely, the version when Defendants last used Amazon's Services, is attached as **Exhibit B**.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 9

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

40.     The BSA incorporates and sellers therefore agree to be bound by Amazon's Anti-Counterfeiting Policy, the applicable version of which is attached as **Exhibit C**.  The Anti-Counterfeiting Policy expressly prohibits the sale of counterfeit goods in the Amazon stores:

- The sale of counterfeit products is strictly prohibited.

- You may not sell any products that are not legal for sale, such as products that have been illegally replicated, reproduced, or manufactured[.]

- You must provide records about the authenticity of your products if Amazon requests that documentation[.]

Failure to abide by this policy may result in loss of selling privileges, funds being withheld, destruction of inventory in our fulfilment centers, and other legal consequences.

*Id.*

41.     Amazon's Anti-Counterfeiting Policy further describes Amazon's commitment to preventing the sale and distribution of counterfeit goods in Amazon stores together with the consequences of doing so:

- Sell Only Authentic and Legal Products. It is your responsibility to source, sell, and fulfill only authentic products that are legal for sale. Examples of prohibited products include:

  o Bootlegs, fakes, or pirated copies of products or content

  o Products that have been illegally replicated, reproduced, or manufactured

  o Products that infringe another party's intellectual property rights

- Maintain and Provide Inventory Records. Amazon may request that you provide documentation (such as invoices) showing the authenticity of your products or your authorization to list them for sale. You may remove pricing information from these documents, but providing documents that have been edited in any other way or that are misleading is a violation of this policy and will lead to enforcement against your account.

- Consequences of Selling Inauthentic Products. If you sell inauthentic products, we may immediately suspend or terminate your Amazon selling account (and any related

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 10

accounts), destroy any inauthentic products in our fulfillment centers at your expense, and/or withhold payments to you.

- Amazon Takes Action to Protect Customers and Rights Owners. Amazon also works with manufacturers, rights holders, content owners, vendors, and sellers to improve the ways we detect and prevent inauthentic products from reaching our customers. As a result of our detection and enforcement activities, Amazon may:

    o Remove suspect listings.

    o Take legal action against parties who knowingly violate this policy and harm our customers. In addition to criminal fines and imprisonment, sellers and suppliers of inauthentic products may face civil penalties including the loss of any amounts received from the sale of inauthentic products, the damage or harm sustained by the rights holders, statutory and other damages, and attorney's fees.

- Reporting Inauthentic Products. We stand behind the products sold on our site with our A-to-z Guarantee, and we encourage rights owners who have product authenticity concerns to notify us. We will promptly investigate and take all appropriate actions to protect customers, sellers, and rights holders. You may view counterfeit complaints on the Account Health page in Seller Central.

*Id.*

42.     When they registered as a third-party seller in Amazon's stores, and established their Selling Accounts, Defendants agreed not to advertise, market, offer, sell or distribute counterfeit products.

**D.     Test Purchases from Defendants' Selling Accounts**

43.     Defendants advertised, marketed, offered, and sold J.L. Childress-branded products in the Amazon stores. J.L. Childress has conducted multiple test purchases from the Defendants' Selling Accounts and determined that the products are counterfeit and each bears a counterfeit J.L. Childress registered trademark.

**Selling Account #1 – Kelvee**

44.     At all times described herein, Selling Account Kelvee was controlled and operated by Defendants Tang and J. Zheng and, on information and belief, other parties, known and unknown.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 11

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

45.     On September 17, 2019, J.L. Childress conducted a test purchase from Selling Account Kelvee for what was advertised as a J.L. Childress branded Gate Check Bag for Standard & Double Strollers.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:



46.     On October 1, 2019, J.L. Childress conducted a test purchase from Selling Account Kelvee for what was advertised as a J.L. Childress branded Gate Check Bag for Standard & Double Strollers.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 12

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9



blurry photos, dark coloration DOES NOT meet brand color printing QA policy

Authentic J.L. Childress

Product is folded incorrectly and stuff pouch is too small.

10      47.     On November 8, 2019, J.L. Childress conducted a test purchase from Selling
11   Account Kelvee for what was advertised as a J.L. Childress branded Gate Check Bag for
12   Umbrella Strollers.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress
13   trademark and other indications of its brand.  J.L. Childress has examined the product and
14   determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by
15   Defendants with an authentic version of the product follows:
16



17
18      blurry photos, dark packaging that DOES NOT meet brand QA policy

Authentic J.L. Childress product: clear picture, color match

19



20
21
22
23
24
25      48.     On November 12, 2019, J.L. Childress conducted a test purchase from Selling
26   Account Kelvee for what was advertised as a J.L. Childress branded Gate Check Bag for
27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 13

Standard & Double Strollers and what was advertised as a J.L. Childress branded Gate Check

Bag for Umbrella Strollers.  Defendants shipped to J.L. Childress products that bore the J.L.

Childress trademark and other indications of its brand.  J.L. Childress has examined these

products and determined that they are counterfeit.  A depiction comparing the counterfeit

products supplied by Defendants with authentic versions of those products follows:







### Selling Account #2 – Mibim

49.     At all times described herein, Selling Account Mibim was controlled and

operated by Defendant J.S. Zheng and, on information and belief, other parties, known and

unknown.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 14

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

50.     On July 30, 2019, J.L. Childress conducted a test purchase from Selling Account Mibim for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats. Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand. J.L. Childress has examined the product and determined that it is counterfeit. A depiction comparing the counterfeit product and an authentic version of the product follows:



51.     On September 17, 2019, J.L. Childress conducted a test purchase from Selling Account Mibim for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats. Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand. J.L. Childress has examined the product and determined that it is counterfeit. A depiction comparing the counterfeit product supplied by Defendants and an authentic version of the product follows:

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax



52.     On October 7, 2019, J.L. Childress conducted a test purchase from Selling Account Mibim for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:



**Selling Account #3 – Haioumo**

53.     At all times described herein, Selling Account Haioumo was controlled and operated by Defendant Pan and, on information and belief, other parties, known and unknown.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 16

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

54.     In November 2019, J.L. Childress observed on Selling Account Haiuomo a high volume of sales of products advertised as J.L. Childress branded Gate Check Bags for Standard & Double Strollers, Gate Check Bags for Car Seats, and Gate Check Bags for Umbrella Strollers.  This volume of sales significantly exceeded the volume of authentic J.L. Childress products any distributor could conceivably have available based on J.L. Childress' distribution channels and manufacturing volumes, leading J.L. Childress to conclude that the products were counterfeit.

**Selling Account #4 – Baby Artifact f/k/a Suuan Yuadn (collectively, "Baby Artifact")**

55.     At all times described herein, Selling Account Baby Artifact was controlled and operated by Defendants Zhao, Q. Zhang, Li, and Suuan and, on information and belief, other parties, known and unknown.

56.     On July 30, 2019, J.L. Childress conducted a test purchase from Selling Account Baby Artifact for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:




COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 17

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

57.     On August 14, 2019, J.L. Childress conducted a test purchase from Selling Account Baby Artifact for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:



58.     On October 18, 2019, J.L. Childress conducted a test purchase from Selling Account Baby Artifact for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 18

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax



**Selling Account #5 – Ceciltga f/k/a Carolyn Meyer (collectively, "Ceciltga")**

59.     At all times described herein, Selling Account Ceciltga was controlled and operated by Defendants Chen and Meyer and, on information and belief, other parties, known and unknown.

60.     On September 17, 2019, J.L. Childress conducted a test purchase from Selling Account Ceciltga for what was advertised as a J.L. Childress branded Gate Check Bag for Umbrella Strollers.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 19

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1
2
3
4
5
6
7
8
9

blurry photos, dark packaging
that DOES NOT meet
brand QA policy

Authentic J.L. Childress
product: clear picture, color
match

10    61.    On October 1, 2019, J.L. Childress conducted a test purchase from Selling

11  Account Ceciltga for what was advertised as a J.L. Childress branded Gate Check Bag for

12  Umbrella Strollers.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress

13  trademark and other indications of its brand.  J.L. Childress has examined the product and

14  determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by

15  Defendants with an authentic version of the product follows:

16

17    Counterfeit                                            Authentic J.L. Childress

18

19    Bag is folded                                          When unfolded, bag is
      incorrectly.                                                    longer.



20
21
22
23
24
25
26
27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 20

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

**Selling Account #6 – Spenceria**

62.     At all times described herein, Selling Account Spenceria was controlled and operated by Defendant Y.J. Zhang and, on information and belief, other parties, known and unknown.

63.     On October 1, 2019, J.L. Childress conducted a test purchase from Selling Account Spenceria for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:



64.     On November 12, 2019, J.L. Childress conducted a test purchase from Selling Account Spenceria for what was advertised as a J.L. Childress branded Gate Check Bag for Car Seats.  Defendants shipped to J.L. Childress a product that bore the J.L. Childress trademark and other indications of its brand.  J.L. Childress has examined the product and determined that it is counterfeit.  A depiction comparing the counterfeit product supplied by Defendants with an authentic version of the product follows:

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 21

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax



Double-line sewing allowance is 1/8" in counterfeit and ¼" in authentic JLC product

**E.      Defendants' Coordinated Sale of Counterfeit J.L. Childress Products**

65.      On information and belief, Defendants operated in concert with one another in their counterfeiting activities including, in some instances, sourcing their counterfeits from the same supplier and using common logistics companies to illegally import the counterfeits into and within the United States.

**F.      Amazon and J.L. Childress Shut Down Defendants' Accounts**

66.      By selling counterfeit J.L. Childress products, Defendants falsely represented to Amazon and its customers that the products Defendants sold were genuine products made by J.L. Childress.  Defendants also knowingly and willfully used J.L. Childress' IP in connection with the advertisement, marketing, distribution, offering for sale, and sale of counterfeit J.L. Childress products.

67.      At all times, Defendants knew they were prohibited from violating third-party IP rights or any applicable laws while selling products in Amazon's stores.  Defendants have deceived Amazon's customers and Amazon, infringed and misused the IP rights of J.L. Childress, harmed the integrity of and customer trust in Amazon's stores, and tarnished Amazon's and J.L. Childress' brands.

68.      Amazon, after receiving notice from J.L. Childress, verified Defendants' unlawful sale of counterfeit J.L. Childress products and promptly blocked Defendants' Selling

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 22

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    Accounts.  In doing so, Amazon exercised its rights under the BSA to protect customers and the

2    reputations of Amazon and J.L. Childress.

3                              **V.    CLAIMS**

4                              **FIRST CLAIM**
                    *(by J.L. Childress against all Defendants)*
5                **Trademark Infringement – 15 U.S.C. § 1114**

6          69.    Plaintiff J.L. Childress incorporates by reference the allegations of the preceding

7    paragraphs as though set forth herein.

8          70.    Defendants' activities constitute infringement of the J.L. Childress trademark as

9    described in the paragraphs above.

10         71.    J.L. Childress advertises, markets, offers, and sells its products using the J.L.

11   Childress trademark described above and uses that trademark to distinguish its products from

12   the products and related items of others in the same or related fields.

13         72.    Because of J.L. Childress' long, continuous, and exclusive use of the J.L.

14   Childress trademark identified in this Complaint, the trademark has come to mean, and is

15   understood by customers and the public to signify, products from J.L. Childress.

16         73.    Defendants unlawfully advertised, marketed, offered, and sold products bearing

17   counterfeit versions of the J.L. Childress trademark with the intent and likelihood of causing

18   customer confusion, mistake, and deception as to the products' source, origin, and authenticity.

19   Specifically, Defendants intended customers to believe, incorrectly, that the products originated

20   from, were affiliated with, and/or were authorized by J.L. Childress and likely caused such

21   erroneous customer beliefs.

22         74.    As a result of Defendants' wrongful conduct, J.L. Childress is entitled to recover

23   its actual damages, Defendants' profits attributable to the infringement, and treble damages and

24   attorney fees pursuant to 15 U.S.C. § 1117(a) and (b).  Alternatively, J.L. Childress is entitled

25   to statutory damages under 15 U.S.C. § 1117(c).

26         75.    J.L. Childress is further entitled to injunctive relief, including an order

27   impounding all infringing products and promotional materials in Defendants' possession.  J.L.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 23

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1   Childress has no adequate remedy at law for Defendants' wrongful conduct because, among

2   other things: (a) the J.L. Childress trademark is unique and valuable property that has no

3   readily determinable market value; (b) Defendants' infringement constitutes harm to J.L.

4   Childress and J.L. Childress' reputation and goodwill such that J.L. Childress could not be

5   made whole by any monetary award; (c) if Defendants' wrongful conduct is allowed to

6   continue, the public is likely to become further confused, mistaken, or deceived as to the

7   source, origin, or authenticity of the infringing materials; and (d) Defendants' wrongful

8   conduct, and the resulting harm to J.L. Childress, is likely to be continuing.

9

### SECOND CLAIM
*(by J.L. Childress against all Defendants)*
**False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

10

11       76.    Plaintiff J.L. Childress incorporates by reference the allegations of the preceding

12   paragraphs as though set forth herein.

13       77.    J.L. Childress owns the J.L. Childress trademark and advertises, markets, offers,

14   and sells its products using the trademark described above and uses the trademark to distinguish

15   its products from the products and related items of others in the same or related fields.

16       78.    Because of J.L. Childress' long, continuous, and exclusive use of the J.L.

17   Childress trademark, it has come to mean, and is understood by customers, end users, and the

18   public, to signify products from J.L. Childress.

19       79.    Defendants' wrongful conduct includes the infringement of the J.L. Childress

20   trademark in connection with Defendants' commercial advertising or promotion, and offering

21   for sale and sale, of counterfeit J.L. Childress products in interstate commerce.

22       80.    In advertising, marketing, offering, and selling products bearing counterfeit

23   versions of the J.L. Childress trademark, Defendants have used, and on information and belief

24   continue to use, the trademark referenced above to compete unfairly with J.L. Childress and to

25   deceive customers.  Upon information and belief, Defendants' wrongful conduct misleads and

26   confuses customers and the public as to the origin and authenticity of the goods and services

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

advertised, marketed, offered, or sold in connection with the J.L. Childress trademark and wrongfully trades upon J.L. Childress' goodwill and business reputation.

81.     Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that products originate from or are authorized by J.L. Childress, all in violation of 15 U.S.C. § 1125(a)(1)(A).

82.     Defendants' conduct also constitutes willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

83.     J.L. Childress is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below. Defendants' acts have caused irreparable injury to J.L. Childress.  The injury to J.L. Childress is irreparable, and on information and belief, is continuing.  An award of monetary damages cannot fully compensate J.L. Childress for its injuries, and J.L. Childress lacks an adequate remedy at law.

84.     J.L. Childress is further entitled to recover Defendants' profits, J.L. Childress' damages for its losses, and J.L. Childress' costs to investigate and remediate Defendants' conduct and bring this action, including its attorney's fees, in an amount to be determined.  J.L. Childress is also entitled to the trebling of any damages award as allowed by law.

**THIRD CLAIM**
*(by Amazon against all Defendants)*
**False Designation of Origin and False Advertising – 15 U.S.C. § 1125(a)**

85.     Plaintiff Amazon incorporates by reference the allegations of the preceding paragraphs as though set forth herein.

86.     Amazon's reputation for trustworthiness is at the heart of its relationship with customers.  Defendants' actions in selling counterfeits pose a threat to Amazon's reputation because they undermine and jeopardize customer trust in Amazon stores.

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 25

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

87.     Specifically, Defendants deceived Amazon and its customers about the authenticity of the products they were advertising, marketing, offering, and selling, in direct and willful violation of the BSA and Amazon's Anti-Counterfeiting Policies. Defendants' deceptive acts were material to Amazon's decision to allow Defendants to sell their products in the Amazon stores because Amazon would not have allowed Defendants to do so but for their deceptive acts.

88.     In advertising, marketing, offering, and selling counterfeit J.L. Childress products in Amazon's stores, Defendants made false and misleading statements of fact about the origin, sponsorship, or approval of those products in violation of 15 U.S.C. § 1125(a)(1)(A).

89.     Defendants' acts also constitute willful false statements in connection with goods and/or services distributed in interstate commerce in violation of 15 U.S.C. § 1125(a)(1)(B).

90.     As described above, Defendants, through their illegal acts, have willfully deceived Amazon and its customers, jeopardized the trust that customers place in Amazon's stores, tarnished Amazon's brand and reputation, and harmed Amazon and its customers. Defendants' misconduct has also caused Amazon to expend significant resources to investigate and combat Defendants' wrongdoing and to bring this lawsuit to prevent Defendants from causing further harm to Amazon and its customers. Defendants' illegal acts have caused irreparable injury to Amazon and, on information and belief, that injury is ongoing at least to the extent that Defendants continue to establish seller accounts under different or false identities. An award of monetary damages alone cannot fully compensate Amazon for its injuries, and thus Amazon lacks an adequate remedy at law.

91.     Amazon is entitled to an injunction against Defendants, their officers, agents, representatives, servants, employees, successors and assigns, and all other persons in active concert or participation with them, as set forth in the Prayer for Relief below, along with its attorneys' fees and costs in bringing this lawsuit.

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

### FOURTH CLAIM
*(by J.L. Childress and Amazon against all Defendants)*
**Violation of Washington Consumer Protection Act, RCW 19.86.010, *et seq.***

92.     Plaintiffs incorporate by reference the allegations of the preceding paragraphs as though set forth herein.

93.     Defendants' advertising, marketing, offering, and selling of counterfeit J.L. Childress products constitute an unfair method of competition and unfair and deceptive acts or practices in the conduct of trade or commerce, in violation of RCW 19.86.020.

94.     Defendants' advertising, marketing, offering, and selling of counterfeit J.L. Childress products harms the public interest by deceiving customers about the authenticity, origins, and sponsorship of the products.

95.     Defendants' advertising, marketing, offering, and selling of counterfeit J.L. Childress products directly and proximately causes harm to and tarnished Plaintiffs' reputations and brands, and damages their business and property interests and rights.

96.     Accordingly, Plaintiffs seek to enjoin further violations of RCW 19.86.020 and recover their attorneys' fees and costs. J.L. Childress further seeks to recover its actual damages, trebled.

### VI.     PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A.     That the Court issue an order permanently enjoining Defendants, their officers, agents, representatives, servants, employees, successors, and assigns, and all others in active concert or participation with them, from:

    (i)      selling products in any of Amazon's stores;

    (ii)     selling products to Amazon or any affiliate;

    (iii)    opening or attempting to open any Amazon Selling Accounts;

    (iv)    manufacturing, distributing, offering to sell, or selling any product using J.L. Childress' brand or trademarks, or which otherwise infringes J.L. Childress' intellectual property;

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1                 (v)      assisting, aiding or abetting any other person or business entity in

2                          engaging or performing any of the activities referred to in subparagraphs

3                          (i) through (iv) above;

4     B.     That the Court enter judgment in Plaintiffs' favor on all claims brought by them;

5     C.     That the Court enter an order pursuant to 15 U.S.C. § 1116 impounding all

6 counterfeit and infringing products bearing the J.L. Childress trademark or that otherwise

7 infringe J.L. Childress' IP, and any related materials, including business records, in

8 Defendants' possession or under their control;

9     D.     That the Court enter an order requiring Defendants to provide Plaintiffs a full

10 and complete accounting of all amounts due and owing to Plaintiffs as a result of Defendants'

11 unlawful activities;

12     E.     That Defendants be required to pay all general, special, and actual damages

13 which J.L. Childress has sustained, or will sustain as a consequence of Defendants' unlawful

14 acts, together with statutory damages, and that such damages be enhanced, doubled, or trebled

15 as provided for by 15 U.S.C. § 1117(b), RCW 19.86.020, or otherwise allowed by law;

16     F.     That Defendants be required to pay the costs of this action and Plaintiffs'

17 reasonable attorneys' fees incurred in prosecuting this action, as provided for by 15 U.S.C.

18 § 1117, RCW 19.86.020, or otherwise allowed by law; and

19     G.     That the Court grant Plaintiffs such other, further, and additional relief as the

20 Court deems just and equitable.

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 10th day of August, 2020.

2                                DAVIS WRIGHT TREMAINE LLP
                                 *Attorneys for Plaintiffs*
3

4

     By _____
5       Bonnie E. MacNaughton, WSBA #36110

6

7    _____
     Nathan W. Rouse WSBA #46433

8

9    _____
     Rose McCarty, WSBA #54282

10
     920 Fifth Avenue, Suite 3300
11   Seattle, WA  98104-1604
     Tel: (206) 622-3150
12   Fax: (206) 757-7700
     Email:   bonniemacnaughton@dwt.com
13            nathanrouse@dwt.com
              rosemccarty@dwt.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF - 29

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax