UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee, et al.,<br><br>Defendants. | Case No. C20-1215RSM<br><br>ORDER GRANTING PLAINTIFFS' SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY |

This matter comes before the Court on Plaintiff Amazon.com, Inc. and J.L. Childress Co., Inc.'s ex parte Supplemental Motion for Expedited Discovery. Dkt. #11. Having considered the briefing, exhibits, and the remainder of the record, the Court finds good cause to authorize additional expedited discovery and hereby ORDERS:

1) The Motion, Dkt. #11, is GRANTED.

2) Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a third-party subpoena on Payoneer, Inc. for obtaining records and information about the bank accounts as described in Plaintiffs' Motion and the attached declaration of counsel.

DATED this 2nd day of September, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY - 1