**FILED (DROP BOX)**

OCT 13 2020

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

The Honorable Ricardo S. Martinez

**SEALED**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. C20-1215RSM<br><br>**PLAINTIFFS' STATUS REPORT PURSUANT TO AUGUST 14, 2020 ORDER (DKT. #10)**<br><br>**[FILED UNDER SEAL]** |

Pursuant to the Court's Order Denying Plaintiffs' Motion for TRO, Granting Expedited Discovery, Electronic Service of Process, and Sealing of Case (the "Order"), dated August 14, 2020, Plaintiffs submit this status report addressing expedited discovery efforts, alternate service, and whether this case should remain sealed. *See* Dkt. 10 at 8.

PLAINTIFFS' STATUS REPORT
Case No. C20-1215RSM - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

In the Order, the Court granted Plaintiffs' motion for expedited discovery seeking to obtain information and documents through third-party subpoenas to three banks (Bank of America, N.A., Citibank, N.A., and First Century Bank, N.A.), an internet service provider (NetEase Information Technology Corporation), and two shipping logistics companies (Wanda Logistics, Inc. and Mayah Overseas Supply Chain Management, LLC). *Id.* at 7. The Court also granted Plaintiffs' motion to seal the case and motion for alternate service of process. As explained by the Court, the purpose for sealing the case was to prevent Defendants form "mov[ing] assets or destroy[ing] evidence if they are made aware of this lawsuit." *Id.*

On August 20, 2020, Plaintiffs filed a supplemental motion for expedited discovery seeking leave to serve a third-party subpoena on Payoneer, Inc. Dkt. 11. On September 2, 2020, the Court granted the motion. Dkt. 12.

Plaintiffs expeditiously served third-party subpoenas on the three banks and Payoneer, Inc., but have not yet received documents in response to the subpoenas. Order at 8. Plaintiffs have been in regular contact with these third parties as they work to locate and produce the documents requested. At this point, Plaintiffs do not know when the documents will be produced and do not believe that sealing the case for an undetermined period of time is appropriate or warranted. Plaintiffs request until **October 21, 2020**, to attempt to obtain the bank and related documents, after which time their request for the case to be further sealed is withdrawn.

Plaintiffs will continue with expedited third-party discovery in the manner approved by the Court. Plaintiffs will also serve Defendants within ninety days after the Complaint was filed as required by FRCP 4(m).

///

///

///

///

///

PLAINTIFFS' STATUS REPORT
Case No. C20-1215RSM - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

DATED this 13th day of October, 2020.

          DAVIS WRIGHT TREMAINE LLP
          *Attorneys for Plaintiffs*

By *[signature: Ben MacNaughton]*
   Bonnie MacNaughton, WSBA #36110
   Nathan Rouse, WSBA #46433
   Rose McCarty, WSBA #54282
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: 206-622-3150
   Email:   bonniemacnaughton@dwt.com
              nathanrouse@dwt.com
              rosemccarty@dwt.com

PLAINTIFFS' STATUS REPORT
Case No. C20-1215RSM - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax