UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee, et al.,<br><br>Defendants. | Case No. C20-1215RSM<br><br>ORDER UNSEALING CASE |

On August 14, 2020, the Court temporarily sealed this case for 60 days.  Dkt. #10.  This time period has passed, and the Court has reviewed a status report from Plaintiffs indicating that this case should be unsealed by October 21, 2020.  Dkt. #13.

The Court finds good cause to unseal this case.  Accordingly, the Court ORDERS that this case be immediately unsealed.

DATED this 21st day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER UNSEALING CASE - 1