The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. 2:20-cv-01215-RSM<br><br>**PROOF OF SERVICE PURSUANT TO AUGUST 14, 2020 ORDER (DKT. #10)** |

I, Nathan W. Rouse, declare as follows:

1. I represent Plaintiffs Amazon.com, Inc. ("Amazon") and J.L. Childress Co., Inc. ("J.L. Childress") ("Plaintiffs") in the above-entitled litigation. I am over 18 years of age. I make this declaration based on personal knowledge.

2. On August 14, 2020, the Court granted Plaintiffs' Motion for Alternate Service of Process (Dkt. #10) ("Order"). Specifically, the Court concluded that "Plaintiffs are authorized to effect alternate service of process on the named Defendants above through the

PROOF OF SERVICE
(2:20-cv-01215-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

emails associated with their Amazon Selling Accounts: kelvee@yeah.net, king7ying@163.com, begicke6775@126.com, kyp4px@126.com, carolyn288@163.com, and sescott@21cn.com."

3. On October 26, 2020, my colleague, Lauren B. Rainwater, sent the named Defendants emails attaching the Complaint and the Summonses using a registered email service provided by RPost.  She sent the emails to the email addresses associated with their Amazon Selling Accounts: kelvee@yeah.net, king7ying@163.com, begicke6775@126.com, kyp4px@126.com, carolyn288@163.com, and sescott@21cn.com.  RPost confirmed that the emails were delivered that same day to those email addresses.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of November, 2020, at Seattle, Washington.

*/s/ Nathan W. Rouse*
Nathan W. Rouse

PROOF OF SERVICE
(2:20-cv-01215-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I certify that on November 9, 2020, a copy of this pleading was filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via the court's electronic filing system.

*/s/ Nathan W. Rouse*
Nathan W. Rouse

PROOF OF SERVICE
(2:20-cv-01215-RSM) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax