The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. 2:20-cv-01215-RSM<br><br>**PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS**<br><br><u>Note on Motion Calendar</u>: December 1, 2020 |

Plaintiffs Amazon.com, Inc. and J.L. Childress Co., Inc. hereby move, pursuant to Federal Rule of Civil Procedure 55(a) and Local Civil Rule 55(a), for entry of default against Defendants Tang Zhi, Jielong Zheng, Zheng Song Jiang, Pan Yong Jie, Zhao Yinhang, Zhang Qi, Li Shuang Yin, Suuan Yuadn, Chen Guangzhao, Carolyn Meyer, and Zhang Jin Yong.

Plaintiffs filed the Complaint in the above-captioned action on August 10, 2020. (Dkt. #1). Defendants were served with a copy of the Complaint and a summons on October 26, 2020. (Dkt. #15). Accordingly, Defendants were required by Federal Rule of Civil Procedure

PLAINTIFFS' MOTION FOR ENTRY OF
DEFAULT AGAINST DEFENDANTS
(2:20-cv-01215-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

12(a)(1)(A)(i) to respond to the Complaint by November 16, 2020. Defendants have not done so. Accordingly, Plaintiffs respectfully request that the Court enter an order of default against Defendants.

DATED this 1st day of December, 2020.

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By  *s/ Bonnie E. MacNaughton*
Bonnie E. MacNaughton, WSBA #36110
Nathan Rouse, WSBA #46433
Rose McCarty, WSBA #54282
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Email:   bonniemacnaughton@dwt.com
             nathanrouse@dwt.com
             rosemccarty@dwt.com

PLAINTIFFS' MOTION FOR ENTRY OF
DEFAULT AGAINST DEFENDANTS
(2:20-cv-01215-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104
206.622.3150 main · 206.757.7700 fax