The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. C20-1215RSM<br><br>CLERK'S ORDER OF DEFAULT |

ORDER OF DEFAULT
Case No. C20-1215RSM - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

1 THIS MATTER, having come before the Court on Plaintiffs' Motion for Default against Defendants Tang Zhi, Jielong Zheng, Zheng Song Jiang, Pan Yong Jie, Zhao Yinhang, Zhang Qi, Li Shuang Yin, Suuan Yuadn, Chen Guangzhao, Carolyn Meyer, and Zhang Jin Yong (collectively, "Defendants"), and the Court having considered the evidence submitted, the files and records herein, and being fully advised, finds that more than twenty-one (21) days have elapsed since the summons and complaint were duly served, and Defendants have not appeared and have not filed a responsive pleading to Plaintiffs' Complaint.  Accordingly, it is hereby ORDERED that Defendants are in default.

Dated this 7th day of December, 2020.

WILLIAM M. McCOOL, Clerk of Court


By:  *s/ Laurie Cuaresma,*  Deputy Clerk

ORDER OF DEFAULT
Case No. C20-1215RSM - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By _____
Bonnie MacNaughton, WSBA #36110
Nathan Rouse, WSBA #46433
Rose McCarty, WSBA #54282
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
Email:  bonniemacnaughton@dwt.com
            nathanrouse@dwt.com
            rosemccarty@dwt.com

ORDER OF DEFAULT
Case No. C20-1215RSM - 3

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax