The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. 2:20-cv-01215-RSM<br><br>ORDER |

Having considered Plaintiffs Amazon.com, Inc. and J.L. Childress Co., Inc.'s Second Supplemental Motion for Expedited Discovery (the "Motion"), and the Court thus being fully informed of the matter, the Court finds good cause to authorize expedited discovery as follows:

It is hereby ORDERED that,

    A.    The Motion is GRANTED;

ORDER
Case No. 2:20-cv-01215-RSM - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

B.  Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve subpoenas on Mayah Overseas Supply Chain Management, LLC; Guangdong Wecro Supply Chain Logistics Co. Ltd.; Shucai Huang; and Mingyao Huang to compel their testimony and document production as described in Plaintiffs' Motion and the attached declaration of counsel and supporting exhibits.

DATED this 12th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By  s/ *Bonnie MacNaughton*
    Bonnie MacNaughton, WSBA #36110
    Rose McCarty, WSBA #54282
    920 Fifth Avenue, Suite 3300
    Seattle, WA  98104-1610
    Telephone: 206-622-3150
    Email: bonniemacnaughton@dwt.com
          rosemccarty@dwt.com


By  s/ *Scott R. Commerson*
    Scott R. Commerson, WSBA #58085
    865 South Figueroa St. Suite 2400
    Los Angeles, CA 980017-2566
    Telephone: 213-633-6800
    Email: scottcommerson@dwt.com

ORDER
Case No. 2:20-cv-01215-RSM - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax