The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and J.L. CHILDRESS CO., INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TANG ZHI, an individual, d/b/a Kelvee; JIELONG ZHENG, an individual, d/b/a Kelvee; ZHENG SONG JIANG, an individual, a/k/a Songjiang Zheng, d/b/a Mibim; PAN YONG JIE, an individual, d/b/a Haioumo; ZHAO YINHANG, an individual, d/b/a Baby Artifact; ZHANG QI, an individual, d/b/a Baby Artifact; LI SHUANG YIN, an individual, d/b/a Baby Artifact; SUUAN YUADN, an individual, d/b/a Baby Artifact; CHEN GUANGZHAO, an individual, d/b/a Ceciltga; CAROLYN MEYER, an individual, d/b/a Ceciltga; ZHANG JIN YONG, an individual, d/b/a Spenceria; and DOES 1-10,<br><br>Defendants. | No. 2:20-cv-01215-RSM<br><br>ORDER GRANTING PLAINTIFFS' THIRD SUPPLEMENTAL MOTION FOR EXPEDITED DISCOVERY |

Having considered Plaintiffs Amazon.com, Inc.'s and J.L. Childress Co., Inc.'s Third Supplemental Motion for Expedited Discovery (the "Motion"), and the Court thus being fully informed of the matter, the Court finds good cause to authorize expedited discovery as follows:

It is hereby ORDERED that,

  A. The Motion is GRANTED;

ORDER
Case No. 2:20-cv-01215-RSM - 1

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

B.  Plaintiffs are granted leave, prior to the Rule 26(f) conference, to serve a subpoena for documents on Payoneer Inc., as described in Plaintiffs' Motion and the attached declaration of counsel.

DATED this 26th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

By  *s/ Scott R. Commerson*
  Scott R. Commerson, WSBA #58085
  865 South Figueroa St. Suite 2400
  Los Angeles, CA 980017-2566
  Telephone: 213-633-6800
  Email: scottcommerson@dwt.com

ORDER
Case No. 2:20-cv-01215-RSM - 2

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax