UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC, *et al.*,

                Plaintiffs,

    v.

TANG ZHI, *et al.*,

               Defendants.

Case No. C20-1215-TMC-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On September 12, 2023, the Honorable Tiffany M. Cartwright referred "[a]ll issues related to service in this case" to Judge Peterson. (Dkt. # 39.) Plaintiffs have now served all Defendants named in their amended complaint. (*See* dkt. ## 15, 29, 42.) Plaintiffs are ORDERED to submit a status report by **November 24, 2023**, addressing whether Plaintiffs anticipate any remaining issues related to service or identifying any additional Doe defendants.

Dated this 20th day of November, 2023.

                                    Ravi Subramanian
                                    Clerk of Court

                                 By: Tim Farrell
                                     Deputy Clerk

MINUTE ORDER - 1