# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMAZON.COM INC; JL CHILDRESS CO INC<br><br>       Plaintiff,<br> v.<br><br>TANG ZHI; ET AL<br><br>       Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number 2:20-cv-01215-TMC-MLP |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

 Judgment is entered in favor of J.L. Childress as follows:

 (a) An award of $190,125 against Zhi Tang and Jielong Zheng, jointly and severally, for counterfeit sales from the following Selling Account: Kelvee;

 (b) An award of $189,618 against Songjiang Zheng for counterfeit sales from the following Selling Account: Mibim;

 (c) An award of $378,951 against Yongjie Pan for counterfeit sales from the following Selling Account: Haioumo;

 (d) An award of $229,629 against Danni Bo for counterfeit sales from the following Selling Account: Baby Artifact;

 (e) An award of $53,115 against Guangzhao Chen for counterfeit sales from the

following Selling Account: Ceciltga;

(f) An award of $48,612 against Jinyong Zhang for counterfeit sales from the following Selling Account: Spenceria.

Defendants and their officers, agents, servants, employees, and attorneys, and all others in active concert or participation with them who receive actual notice of the order, are hereby permanently ENJOINED AND RESTRAINED from:

(a) Selling counterfeit or infringing products in Amazon's stores;

(b) selling counterfeit or infringing products to Amazon or any Amazon affiliate;

(c) manufacturing, importing, distributing, offering to sell, or selling any product using J.L. Childress's brand or trademark, or which otherwise infringes J.L. Childress's intellectual property, in any store or in any medium; and

(d) assisting, aiding, or abetting any other person or business entity in engaging or performing any of the activities listed in (a) through (c) above.

Dated March 4, 2024.

Ravi Subramanian
Clerk of Court

/s/ Ann Duke
Deputy Clerk